## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------------- X

IN RE YASMIN AND YAZ                         3:09-md-02100-DRH-PMF
(DROSPIRENONE) MARKETING,
SALES PRACTICES AND RELEVANT       MDL No. 2100
PRODUCTS LIABILITY LITIGATION

---------------------------------------------------------------

**This document relates to:**

*Michelle Gay, et al v. Bayer Healthcare*
*Pharmaceuticals Inc et al.,*      **No.: 3:10-cv-12468-DRH-PMF**

*Cheryl Johnson, et al v. Bayer Healthcare*
*Pharmaceuticals Inc et al.,*      No.: 3:10-cv-12370-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation of Dismissal.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation filed on November 28, 2011, the above cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:        **/s/Sandy Pannier**
                    **Deputy Clerk**

Dated: December 5, 2011

David R. Herndon
2011.12.05
10:17:45 -06'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**