UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

---------------------------------------------------------

This document relates to:

*Michelle Gay, et al v. Bayer Healthcare Pharmaceuticals Inc et al.,*     No.: 3:10-cv-12468-DRH-PMF

*Cheryl Johnson, et al v. Bayer Healthcare Pharmaceuticals Inc et al.,*     No.: 3:10-cv-12370-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation of Dismissal.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation filed on November 28, 2011, the above cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:     /s/*Sandy Pannier*
          **Deputy Clerk**

Dated: December 5, 2011

David R. Herndon
2011.12.05
10:17:45 -06'00'

**APPROVED:**
          **CHIEF JUDGE**
          **U. S. DISTRICT COURT**